Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| HORIZON LINES OF ALASKA, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRENDA'S LANDSCAPING, INC. )<br>and BRENDA HERNANDEZ )<br>)<br>Defendants )<br>_____ ) | Case No.:_____ |

**COMPLAINT FOR FREIGHT CHARGES**

Plaintiff HORIZON LINES OF ALASKA, LLC and alleges:

1.  This case raises matters of admiralty and maritime jurisdiction under 28 U.S.C. sec. 133 and within the meaning of Admiralty Rule 9(h).

2.  Plaintiff Horizon Lines of Alaska LLC ("Horizon Lines") is an Alaska Limited Liability Company, Horizon Lines is, and at all material times was, a common and contract ocean carrier engaged in the transportation of cargo between the different states of the United States of America, including the states of Washington and Alaska, making it a water carrier in noncontiguous domestic trade, as those terms are defined in 49

1

U.S.C. section 12102(3) and (17).

3. On information and belief, Defendant Brenda's Landscaping, Inc. ("Brenda's Landscaping") is, and at all material times, was, an Alaska corporation organized and existing under the laws of the State of Alaska, which does or has done business in this District.

4. On information and belief, Defendant Brenda Hernandez, is and at all material times was, the president and principal of Brenda's Landscaping, Inc. and resides and conducts business in this district.

5. Between June 17, 2011 and November 20, 2011, Horizon Lines received and transported for Brenda's Landscaping various containers of cargo for shipment between the states of Oregon, Washington and Alaska, as contracted with Brenda's Landscaping and as shown in the freight bills attached hereto as Exhibit "1".

6. Brenda's Landscaping failed to pay for the shipments and owes Plaintiff $42,919.32, subject to adjustment for costs and attorney's fees for the transportation described in Paragraph 5 above and as provided in the Horizon Lines' tariffs filed with the Surface Transportation Board.

7. On April 24, 2012, Defendants Brenda's Landscaping and Defendant Brenda Hernandez, jointly and severally, agreed to pay Plaintiff Horizon Lines $42,919.32 via a written settlement

2

agreement, with all sums to be paid to Plaintiff Horizon on or before May 31, 2012.  A copy of the settlement agreement is attached hereto as Exhibit "2".

8.  Defendants Brenda's Landscaping and Brenda Hernandez failed to pay the amounts owed to Plaintiff Horizon Lines for freight and Defendants failed to pay Horizon Lines under the terms of the parties' settlement agreement.

9.  Defendants' Settlement Agreement provides that:

> If there is any failure to make any of the payments set forth above, Brenda's Landscaping, Inc. and Brenda Hernandez, individually, hereby confess judgment without action that they jointly and severally owe Horizon Lines of Alaska LLC the amount of FORTY TWO THOUSAND NINE HUNDRED AND NINE AND 32/100 DOLLARS ($42,919.32) for unpaid freight charges owed by Brenda's Landscaping, Inc. and that Horizon Lines of Alaska LLC may obtain a judgment against Brenda's Landscaping, Inc. and Brenda Hernandez, individually, for the balance due Horizon Lines of Alaska LLC on the open account for Brenda's Landscaping, Inc. in the amount of FORTY TWO THOUSAND NINE HUNDRED AND NINE AND 32/100 DOLLARS ($42,919.32), less credit for payments made under this settlement agreement.

10.  Defendants Brenda's Landscaping and Brenda Hernandez failed to pay any of the payments set forth in the settlement agreement with Plaintiff Horizon Lines and currently owed Plaintiff $42,919.32 under the terms of the settlement agreement.

<u>COUNT I</u>

11.  Plaintiff Horizon Lines hereby reaffirms and realleges all prior allegations and further complains against

the Defendants Brenda's Landscaping and Brenda Hernandez as follows:

12. Defendants Brenda's Landscaping and Brenda Hernandez are jointly and severally liable to Plaintiff Horizon Lines for the unpaid freight charges in the amount of $42,919.32 owed to Plaintiff Horizon Lines, in addition to attorney's fees and court costs.

### COUNT II

13. Plaintiff Horizon Lines hereby reaffirms and realleges all prior allegations and further complains against the Defendants Brenda's Landscaping and Brenda Hernandez as follows:

14. Defendants Brenda's Landscaping and Brenda Hernandez have confessed judgment that they owe Plaintiff Horizon Lines the sum of $42,919.32 for the balance due Horizon Lines on the open account for Brenda's Landscaping, Inc. See Exhibit "2"

WHEREFORE, Plaintiff Horizon Lines prays for judgment against defendants Brenda's Landscaping, Inc. and Brenda Hernandez, jointly and severally, in the amount of $42,919.32, subject to adjustments for interest, costs and attorney's fees;

Alternatively, Plaintiff Horizon Lines prays for entry of judgment against Defendant's Brenda's Landscaping, Inc. and Brenda Hernandez, jointly and severally, on Defendants confession of judgment that they owe Plaintiff Horizon Lines of

4

Alaska LLC $42,919.32, in addition to Plaintiff's costs and attorney's fees.

DATED this 19th day of June, 2012 at Fairbanks, Alaska.

THE LAW OFFICES OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
Membership No. 8611139
1552 Noble Street
Fairbanks, Alaska 99701
Phone: 907-451-0875
Fax: 907-451-9385

5