

# Horizon Lines of Alaska, LLC

# Freight Bill

Direct inquiries to:
Rate Audit
877-678-SHIP

| INV. DATE | DUE DATE | FREIGHT BILL # |
|---|---|---|
| 05/19/2011 | 06/17/2011 | 474002523 |

| | | | | | |
|---|---|---|---|---|---|
| HORIZON KODIAK | KO606N | GESU956343-7 | +42 | ANC111258 | 2057265 |
| | | 40 REEFER HIGH CUBE | | | |
| Door TO | Door | 5816745 | 05/18/2011 05/18/2011 | 05/22/2011 | No |
| KETTLE FALLS, WA | TACOMA, WA | ANCHORAGE, AK | | ANCHORAGE, AK | KO606N |

44742
BRENDAS LANDSCAPING            4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

44742
BRENDAS LANDSCAPING            4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

44742
BRENDAS LANDSCAPING            4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

| Item | Item Description | Quantity | Per Code | Rate | Charge Type | Charge |
|---|---|---|---|---|---|---|
| | 1 UNIT Trees | 35440.00 | LBS | | | |
| | | 0.00 | | | | |
| | Total Weight | 35440.00 | Total Cube | | 0.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01026940 | NURSERY STOCK, MIXED LDS. | 1.00 | Each | 5,463.00 | Ocean Freight | 5,463.00 | C USD |
| BS | BUNKER SURCHARGE | 5,463.00 | 100 LBS. | 28.00 | Assessorial | 1,529.64 | C USD |
| NT | TERMINAL HANDLING | 35,440.00 | 100 LBS. | 0.58 | Assessorial | 205.55 | C USD |
| PZ | PORT SECURITY | 1.00 | Each | 60.00 | Assessorial | 60.00 | C USD |

Total Rated Weight:    0.00

Total Prepaid Charges (USD):    0.00
Total Collect Charges (USD):    7,258.19

Remit To:
Horizon Lines
P O BOX 730369
Dallas, TX 75373-0369



# Horizon Lines of Alaska, LLC

# Freight Bill

Direct Inquiries to:
Rate Audit
877-678-SHIP

| INV. DATE | DUE DATE | FREIGHT BILL # |
|---|---|---|
| 06/03/2011 | 06/27/2011 | 474011651 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HORIZON KODIAK | KO609N | HRZU560582-5 | +50 | ANC111586 | | 2063617 |
| | | 40 REEFER HIGH CUBE | | | | |
| Door TO | Door | 636963 | 05/27/2011 | 05/28/2011 | 05/31/2011 | No |
| CANBY, OR | TACOMA, WA | ANCHORAGE, AK | | ANCHORAGE, AK | | KO609N |

44742
BRENDAS LANDSCAPING            4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

44742
BRENDAS LANDSCAPING            4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

BRENDAS LANDSCAPING            4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

NORTHWOOD LANDSCAPING          5923 ROWAN STREET #102 Anchorage, Alaska 99507

44742
BRENDAS LANDSCAPING            4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

| Item | Item Description | Quantity | Per Code | Rate | Charge Type | Charge |
|---|---|---|---|---|---|---|
| | 1 UNIT nursery stock | 40000.00 | LBS | | | |
| | | 0.00 | | | | |
| | Total Weight | 40000.00 | Total Cube | | 0.00 | |

Remit To:
Horizon Lines
P O BOX 730369
Dallas, TX 75373-0369



# Horizon Lines of Alaska, LLC

# Freight Bill

Direct Inquiries to:
Rate Audit
877-678-SHIP

| INV. DATE | DUE DATE | FREIGHT BILL # |
|---|---|---|
| 06/03/2011 | 06/27/2011 | 474011651 |

| Code | Description | Qty | Unit | Rate | Type | Amount | | Cur |
|---|---|---|---|---|---|---|---|---|
| 01040250 | NURSERY STOCK, CHILL: RVNX | 1.00 | Container | 4,981.00 | Ocean Freight | 4,981.00 | P | USD |
| BS | BUNKER SURCHARGE | 4,981.00 | 100 LBS. | 28.00 | Assessorial | 1,394.68 | P | USD |
| IF | Intermodal Fuel Surcharge | 127.00 | 100 LBS. | 28.00 | Assessorial | 35.56 | P | USD |
| KL | AK SPLIT DELIVERY | 1.00 | Container | 127.00 | Assessorial | 127.00 | P | USD |
| NT | TERMINAL HANDLING | 40,000.00 | 100 LBS. | 0.58 | Assessorial | 232.00 | P | USD |
| PZ | PORT SECURITY | 1.00 | Container | 60.00 | Assessorial | 60.00 | P | USD |

Total Rated Weight: 0.00

Total Prepaid Charges (USD): 6,830.24
Total Collect Charges (USD): 0.00

Remit To:
Horizon Lines
P O BOX 730369
Dallas, TX 75373-0369



# Horizon Lines of Alaska, LLC

# Corrected Freight Bill

Direct inquiries to:
Rate Audit
877-678-SHIP

| INV. DATE | DUE DATE | FREIGHT BILL # |
|---|---|---|
| 05/28/2011 | 06/27/2011 | 474010920 |

| | | | | | |
|---|---|---|---|---|---|
| HORIZON KODIAK | KO609N | GESU956557-4 +42 | ANC111481 | | 2061471 |
| | | 40 REEFER HIGH CUBE | | | |
| Door TO Door | 3857 | 05/27/2011 05/28/2011 | 05/31/2011 | | No |
| CHEWELAH, WA | TACOMA, WA | ANCHORAGE, AK | ANCHORAGE, AK | | KO609N |

24006
QUARTZITE MOUNTAIN NURSERIES          2331 HIGHWAY 395 SOUTH #A Chewelah, Washington 99109

44742
BRENDAS LANDSCAPING          4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

44742
BRENDAS LANDSCAPING          4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

| Item | Item Description | Quantity | Per Code | Rate | Charge Type | Charge |
|---|---|---|---|---|---|---|
| | 1 UNIT Trees | 40000.00 | LBS | | | |
| | | 0.00 | | | | |
| | Total Weight | 40000.00 | Total Cube | | 0.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01026940 | NURSERY STOCK, MIXED LDS. | 1.00 | Each | 5,493.00 | Ocean Freight | 5,493.00 | C USD |
| BS | BUNKER SURCHARGE | 5,493.00 | 100 LBS. | 28.00 | Assessorial | 1,538.04 | C USD |
| NT | TERMINAL HANDLING | 40,000.00 | 100 LBS. | 0.58 | Assessorial | 232.00 | C USD |
| PZ | PORT SECURITY | 1.00 | Each | 60.00 | Assessorial | 60.00 | C USD |
| QJ | CHASSIS USAGE | 1.00 | Each | 184.00 | Assessorial | 184.00 | C USD |

Total Rated Weight:   0.00

Total Prepaid Charges (USD):   0.00
Total Collect Charges (USD):   7,507.04

Remit To:
Horizon Lines
P O BOX 730369
Dallas, TX 75373-0369



# Horizon Lines of Alaska, LLC

## Freight Bill

Direct Inquiries to:
Rate Audit
877-678-SHIP

| INV. DATE | DUE DATE | FREIGHT BILL # |
|---|---|---|
| 07/07/2011 | 08/06/2011 | 474047206 |

| | | | | | |
|---|---|---|---|---|---|
| HORIZON ANCHORAGE | AZ624N | TOLU879064-4 40 FLAT | ANC112726 | | 2076013 |
| Port TO | Door | 01 | 07/06/2011 | 07/07/2011 | 07/10/2011 | | No |
| TACOMA CROSS YARD, WA | TACOMA, WA | | ANCHORAGE, AK | ANCHORAGE, AK | AZ624N |

| | | |
|---|---|---|
| 44742 BRENDAS LANDSCAPING | | REF 93952029 4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503 |
| 44742 BRENDAS LANDSCAPING | | 4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503 |
| 44742 BRENDAS LANDSCAPING | | k0611015 4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503 |

| Item | Item Description | Quantity | Per Code | Rate | Charge Type | Charge |
|---|---|---|---|---|---|---|
| | 1 UNIT hydro Seeder pull behind trailer | 9000.00 | LBS | | | |
| | | 0.00 | | | | |
| | Total Weight | 9000.00 | Total Cube | | 0.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2673000000 | MACHINERY, VIZ: HYDRO FEEDER NEX: | 1.00 | Container | 4,920.00 | Ocean Freight | 4,920.00 | C USD |
| BS | Fuel Surcharge | 1.00 | Each | 1,377.60 | Assessorial | 1,377.60 | C USD |
| NT | Terminal Handling Charges | 1.00 | Each | 58.00 | Assessorial | 58.00 | C USD |
| PZ | Port Security Charge | 1.00 | Each | 60.00 | Assessorial | 60.00 | C USD |
| | Total Rated Weight: | 0.00 | | Total Prepaid Charges (USD) : | | 0.00 | |
| | | | | Total Collect Charges (USD) : | | 6,415.60 | |

Remit To:
Horizon Lines
P O BOX 730369
Dallas, TX 75373-0369

Rate Audit
877-678-SHIP

| | | | | INV. DATE | DUE DATE | FREIGHT BILL # |
|---|---|---|---|---|---|---|
| | | | | 10/01/2011 | 10/30/2011 | 474130931 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HORIZON KODIAK | KO621N | HRZU580390-0 | +45 | ANC115250 | | 2117121 |
| | | 40 REEFER HIGH CUBE | | | | |
| Door TO Door | 6756 | 09/29/2011 | 09/30/2011 | 10/04/2011 | | No |
| KETTLE FALLS, WA | TACOMA, WA | ANCHORAGE, AK | | ANCHORAGE, AK | | KO621N |

44742
BRENDAS LANDSCAPING      4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

44742
BRENDAS LANDSCAPING      4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

44742
BRENDAS LANDSCAPING      4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503

| Item | Item Description | Quantity | Per Code | Rate | Charge Type | Charge |
|---|---|---|---|---|---|---|
| | 1 UNIT nursery stock | 45000.00 | LBS | | | |
| | | 0.00 | | | | |
| | Total Weight | 45000.00 | Total Cube | | 0.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01040250 | NURSERY STOCK, CHILL: RVNX | 1.00 Container | | 5,463.00 | Ocean Freight | 5,463.00 | C USD |
| BS | BUNKER SURCHARGE | 5,463.00 | 100 LBS. | 28.00 | Assessorial | 1,529.64 | C USD |
| NT | TERMINAL HANDLING | 45,000.00 | 100 LBS. | 0.58 | Assessorial | 261.00 | C USD |
| PZ | PORT SECURITY | 1.00 Container | | 60.00 | Assessorial | 60.00 | C USD |
| CJ | CHASSIS USAGE | 1.00 Container | | 184.00 | Assessorial | 184.00 | C USD |
| | Total Rated Weight: | 0.00 | | Total Prepaid Charges (USD): | | 0.00 | |
| | | | | Total Collect Charges (USD): | | 7,497.64 | |

Remit To:
Horizon Lines
P O BOX 730369
Dallas, TX 75373-0369



# Horizon Lines of Alaska, LLC

# Freight Bill

Direct inquiries to:
Rate Audit
877-678-SHIP

| INV. DATE | DUE DATE | FREIGHT BILL # |
|---|---|---|
| 10/26/2011 | 11/20/2011 | 474151822 |

| | | | | | |
|---|---|---|---|---|---|
| HORIZON KODIAK | KO623N | SEAU571060-0 | +40 | ANC115662 | 2127819 |
| | | 40 REEFER LOW TEMP SMART RFR | | | |
| Door TO Door | 1952 | 10/21/2011 | 10/21/2011 | 10/25/2011 | No |
| FOREST GROVE, OR  TACOMA, WA | | ANCHORAGE, AK | | ANCHORAGE, AK | KO623N |
| 44742 BRENDAS LANDSCAPING | | 6612. 4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503 | | | |
| 44742 BRENDAS LANDSCAPING | | 4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503 | | | |
| 44742 BRENDAS LANDSCAPING | | 4750 GAMBELL STREET SUITE B Anchorage, Alaska 99503 | | | |

| Item | Item Description | Quantity | Per Code | Rate | Charge Type | Charge |
|---|---|---|---|---|---|---|
| | 107 UNIT nursery stock | 29939.00 | LBS | | | |
| | | 0.00 | | | | |
| | Total Weight | 29939.00 | Total Cube | | 0.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01026940 | NURSERY STOCK, MIXED LDS. | 1.00 | Each | 5,607.00 | Ocean Freight | 5,607.00 | C USD |
| BS | BUNKER SURCHARGE | 5,607.00 | 100 LBS. | 28.00 | Assessorial | 1,569.96 | C USD |
| NT | TERMINAL HANDLING | 29,939.00 | 100 LBS. | 0.58 | Assessorial | 173.65 | C USD |
| PZ | PORT SECURITY | 1.00 | Each | 60.00 | Assessorial | 60.00 | C USD |
| | Total Rated Weight: | 0.00 | | Total Prepaid Charges (USD) : | | 0.00 | |
| | | | | Total Collect Charges (USD) : | | 7,410.61 | |

Remit To:
Horizon Lines
P O BOX 730369
Dallas, TX 75373-0369