Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
Phone: (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HORIZON LINES OF ALASKA, LLC )
)
    Plaintiff, )
)
vs. )
)
BRENDA'S LANDSCAPING, INC. )
and BRENDA HERNANDEZ )
)
    Defendants )
_____ ) Case No.:3:12-CV-00128-SLG

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

STATE OF ALASKA )
)
FOURTH JUDICIAL DISTRICT )

    I, Robert A. Sparks hereby state on oath:

1. Judgment for $42,919.32 was entered on July 26th, 2012 in the docket of the above-entitled Court action in favor of Plaintiff HORIZON LINES OF ALASKA, LLC as Judgment Creditor, and against Defendants Brenda's Landscaping, Inc. and Brenda Hernandez as Judgment Debtors.

2. I am the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. Accrued since the entry of the Judgment are the following

1

sums:

$22.23 accrued interest computed at .19% ($2.23/day)

$0.00 accrued costs and fees.

CREDIT must be given for payments and partial satisfaction in the total amount of:

$0.00 which is to be credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of $42,919.32 ACTUALLY DUE on this date. Of this total, $42,919.32 is the amount of the original judgment as entered still remaining due and bearing interest at .19% in the amount of $2.23 PER DAY from July 26, 2012.

    DATED this 6th day of August, 2012 at Fairbanks, Alaska.

    THE LAW OFFICES OF ROBERT A. SPARKS

_____
Robert A. Sparks
Attorney for Plaintiff
Membership No. 8611139
1552 Noble Street
Fairbanks, Alaska 99701
Phone: 907-451-0875
Fax: 907-451-9385

    SUBSCRIBED AND SWORN to before me, by Robert A. Sparks, this 6th day of August, 2012.

_____
Notary Public in and for
the State of Alaska
My commission expires: 1-25-14


NOTARY PUBLIC
CAROLYN J. SPARKS
STATE OF ALASKA

2